# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMANTHA HERNANDEZ,
     Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CYNTHIA DIANNE STEEL, DISTRICT
JUDGE,
     Respondents,
     and
RICARDO HERNANDEZ,
     Real Party in Interest.

No. 75303

**FILED**

APR 25 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This is a petition for a writ of mandamus seeking to compel the district court to take certain actions in a divorce proceeding.

Petitioner has filed a motion to withdraw the petition. Having considered the motion, we grant it. This petition is dismissed.

It is so ORDERED.

_____, J.
    Pickering

_____, J.
    Gibbons

_____, J.
    Hardesty

18-15712

cc: Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Joseph W. Houston, II
Ricardo Hernandez
Eighth District Court Clerk

